Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Aarin E. Kevorkian
Assistant Federal Public Defender
Nevada State Bar No. 14556
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aarin_Kevorkian@fd.org

*Attorney for Petitioner Yasmany Garcia Suarez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Yasmany Garcia Suarez,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02907-RFB-DJA<br><br>**Stipulation to Extend Time to File First Amended Petition (First Request)** |

Petitioner Yasmany Garcia Suarez and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for a one-week extension of time for Petitioner to file a traverse or an amended petition for writ of habeas corpus, moving the deadline from September 25, 2026, to October 2, 2026. This extension is warranted because counsel for Petitioner needs additional time to review, research, and evaluate information recently received from Respondents, as well as discuss this information with her client.

On September 24, 2026, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, who does not oppose this one-week extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Garcia Suarez to file an amended petition to October 2, 2026. Should Mr. Garcia Suarez file an amended petition, the parties further request that the Respondents have until October 9, 2026, to file a response, and Mr. Garcia Suarez has until October 14, 2026, to file an optional reply.

Respectfully submitted this 25th day of September, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

/s/ *Tamer Botros*
Tamer Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Aarin E. Kevorkian*
Aarin E. Kevorkian
Assistant Federal Public Defender

**IT IS SO ORDERED:**

**DATED:** September 29, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**